## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN GALLELLI** | : |
| | : |
| | : C.A. NO.: 2:21-CV-01902-JS |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **RELIANCE STANDARD LIFE** | : |
| **INSURANCE COMPANY** | : |
| | : |
| **Defendant.** | : |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties to this action, acting through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Brian C. Farrell* | */s/ Christopher D. Durham* |
| Brian C. Farrell, Esquire | Christopher D. Durham, Esquire |
| CONSOLE MATTIACCI LAW LLC | Elizabeth Bassani, Esquire |
| 1525 Locust Street, 9th Floor | DUANE MORRIS LLP |
| Philadelphia, PA 19102 | 30 South 17th Street |
| Telephone: (215) 545-7676 | Philadelphia, PA 19103 |
| Facsimile: (215) 565-2851 | Telephone: (215) 979-1510 |
| farrell@consolelaw.com | Facsimile: (215) 689-4915 |
| *Attorneys for Plaintiff* | cddurham@duanemorris.com |
| Kathleen Gallelli | ebassani@duanemorris.com |
| | *Attorneys for Defendant* |
| | Reliance Standard Life Insurance Company |

Date: October 20, 2021

So ordered this   20th   day of October, 2021.

 /s/ Juan R. Sánchez
Honorable Juan R. Sánchez, Chief Judge